IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02351-AP

CAROLINE R. SHAW,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Michael W. Seckar, No. 12011
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
FAX: (719) 543-8403
E-mail: seckarlaw@mindspring.com
Attorney for Plaintiff

For Defendant:

DAVID M. GAOUETTE
United States Attorney

Kevin Thomas Traskos
Deputy Chief, Civil Division
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, CO 80294
Telephone: (303) 844-2149
Fax: (303) 844-0770
allan.berger@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: 10/1/09.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 10/19/09.
    C.    Date Answer and Administrative Record Were Filed: 12/16/209.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**Plaintiff states:**  This case involves no unusual claims
**Defendant states:**  This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

**Plaintiff states:**   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

**8. BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: 2/1/2010
    B.    Defendant's  Response Brief Due: 3/8/2010
    C.    Plaintiff's  Reply Brief Due:3/22/2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.
    **B.**    **Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A.**    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    **B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this <u> 6th </u> day of <u> January </u>, 2010.

                                        BY THE COURT:

                               *s/John L. Kane*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/ Michael W. Seckar              :<br>Michael W. Seckar, No. 12011<br>402 W. 12th Street<br>Pueblo, CO 81003<br>Telephone: (719) 543-8636<br>FAX: (719) 543-8403<br>E-mail: seckarlaw@mindspring.com<br>Attorney for Plaintiff | DAVID M. GAOUETTE<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Deputy Chief, Civil Division<br>kevin.traskos@usdoj.gov<br><br>s/ Allan Berger    January 5, 2010<br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |